# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

May 22, 2014

**VIA ECF**
The Honorable Judge Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 22 2014 ★

LONG ISLAND OFFICE

Re:   *Altagracia Diaz v. Residential Credit Solutions*, 12-cv-03781-ADS-AKT

Dear Judge Spatt:

I represent plaintiff Altagracia Diaz in the above-captioned case. I am writing on behalf of both parties to request a ten (10) day extension of time submit the proposed terms of the settlement agreement, up to and including June 6, 2014. On May 8, 2014, this Court entered an order stating that parties' preliminary approval motion was to be filed by May 27, 2014 (Docket No. 52).

Plaintiff has been working diligently to complete drafts of the motion for preliminary approval motion, the class settlement agreement and related documents, but the parties require additional time to exchange drafts of the class settlement documents and resolve any issues that may arise regarding proposed settlement language. Therefore, plaintiff requests an extension of time up to and including June 6, 2014 to file the joint motion for preliminary approval. This is the parties' first request for an extension. Defendant's counsel does not oppose plaintiff's request.

This request is not submitted for purposes of delay. We thank the Court for its consideration of this matter.

Respectfully Yours,

**SO ORDERED**
s/ Arthur D. Spatt

ARTHUR D. SPATT, U.S. District Judge

DATED: 5/22/14

s/Tiffany N. Hardy
Tiffany N. Hardy

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**